FILED

2018 Feb-28  AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY CRENSHAW, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-01511-TMP |
| | ) | |
| CONVERGENT OUTSOURCING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER OF DISMISSAL**

On February 27, 2018, the parties in the above-styled case filed a Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  (Doc. 20).  Although an order is unnecessary, it is hereby ORDERED, ADJUDGED, and DECREED, that the above-styled action and all claims stated therein are DISMISSED WITH PREJUDICE.

**DONE** and **ORDERED** on February 28, 2018.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE